UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON CHRISTEN, a/k/a MALACHI
MACGREGOR-REIGN,

                    Plaintiff,

        v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, PAT GLEBE, DEVON
SCHRUM, DENNIS DAHNE, SHERI
OBENLAND, and JOHN AND JANE 1-10
DOES,

                    Defendants.

No. C10-5250 BHS/KLS

ORDER DENYING MOTION TO
COMPEL

Before the Court is Plaintiff's Motion to Compel Discovery.  ECF No. 29.  The Court

finds that the motion should be denied because it does not include a certification that Plaintiff

conferred with counsel for Defendants before he filed his motion.

While a party may apply to the court for an order compelling discovery "upon reasonable

notice to other parties and all persons affected thereby," the motion must also include a

certification that the movant has in good faith conferred or attempted to confer with the person or

party failing to make the discovery in an effort to secure the information or material without

court intervention."  Fed. R. Civ. P. 37(a)(2)(B).  In addition, "[a] good faith effort to confer with

a party or person not making a disclosure or discovery requires a face-to-face meeting or a

telephonic conference."  Local Rule CR 37(a)(2)(A).

PRETRIAL SCHEDULING ORDER- 1

The Court anticipates that the parties will confer and make a good faith effort to resolve this discovery dispute without Court interference.  To that end, counsel for Defendants is directed  to arrange a telephonic conference with the Plaintiff no later than **April 15, 2011**.  If the parties cannot amicably resolve this issue, Plaintiff may file a motion to compel, and shall include a certification stating that their efforts were unsuccessful, and shall identify those areas of disagreement that remain unresolved.  The court will not address any motion which lacks such a certification.

Accordingly, it is **ORDERED**:

(1)     Plaintiff's motion to compel (ECF No. 29) is **DENIED.**

(2)     The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  5th  day of April, 2011.

Karen L. Strombom
United States Magistrate Judge

PRETRIAL SCHEDULING ORDER- 2