UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON CHRISTEN a/k/a MALACHI MACGREGOR-REIGN,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | NO. C10-5250-BHS-KLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINE |

The Court, having reviewed the record and the Parties' Joint Motion to Continue Dispositive Motion Deadline (ECF No. 44), does hereby find and **ORDER**:

1. The Parties' Motion (ECF No. 44) is **GRANTED**.

2. The Dispositive Motion Deadline is extended to **November 21, 2011.**

3. The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 12th_ day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

**ORDER** 1