UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON CHRISTEN, a/k/a MALACHI MACGREGOR-REIGN,

      Plaintiff,

 v.

WASHINGTON DEPARTMENT OF CORRECTIONS, PAT GLEBE, DEVON SCHRUM, DENNIS DAHNE, SHERI OBENLAND, and JOHN AND JANE 1-10 DOES,

      Defendants.

No. C10-5250 BHS/KLS

ORDER REGARDING PRODUCTION OF PLAINTIFF'S CENTRAL FILE

By Order dated September 12, 2011, the Court denied Plaintiff's motion to compel the production of his central file, subject to certain orders. ECF No. 43. The parties were directed to file status reports with the Court explaining how photocopy costs are handled for indigent prisoners. *Id.*

Plaintiff filed his status report on October 6, 2011, with copies of kites and responses to his kites requesting guidance on the issue. ECF No. 45. When he submitted an Offender's Kite to "Accounting" requesting whether he "can get a copy of [his] entire central file without sufficient funds by incurring costs to [his] Inmate Debt", he was told by S. Billes [sic] on September 28, 2011, that the "Department's policy is that debt will not be created as part of the public disclosure process." *Id.* at 5. When he submitted an Offender's Kite to "Records" requesting whether he "can get a copy of [his] central file by incurring the .20 [cents] per page

ORDER- 1

cost to [his] indigent debt. Is this possible?" Dana Horton answered that "[w]e cannot put copies on your indigent debt. You can view the c/f is there something specific you are looking for." *Id.* at 6.

Defendants submitted their status report one day later. ECF No. 46. According to Defendants, Plaintiff is entitled to incur a debt for copies of legal pleadings if he lacks sufficient funds to pay the required fee at the time of the request pursuant to DOC Policy 590.500 (Legal Access for Offenders). *Id.* Defendants provide the following step-by-step process for Plaintiff to receive copies of his central file by incurring a debt to his offender account:

> The following documents must be sent to Karen Looney, Local Business Advisor: 1) a "kite" from the offender with instructions to Ms. Looney regarding the request; 2) a completed DOC form 06-075, Offender Request to Transfer Funds; and 3) a stamped envelope with the address of the attorney/entity to who the Department is issuing the check. *Id.* Once these documents have been received, they will be processed and payment will be remitted to the attorney/entity. *Id.* The fees for the photocopies will then be recovered from the offender per DOC Policy 200.000, Trust Accounts for Offenders. Exhibit 1, Attachment B, DOC Policy 200.000, Trust Accounts for Offenders.

ECF No. 46, p. 2.

Accordingly, Plaintiff is directed to follow the steps provided by Defendants. In light of the contradictory information Plaintiff received from the accounting and records departments, Defendants are directed to advise the Plaintiff of the "address of the attorney/entity to who the Department is issuing the check," and they should take steps necessary to ensure that Plaintiff receives a copy of his central file after he has complied with this procedure.

**DATED** this 19th day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2