UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON CHRISTEN, a/k/a MALACHI MACGREGOR-REIGN,

Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, PAT GLEBE, DEVON SCHRUM, DENNIS DAHNE, SHERI OBENLAND, and JOHN AND JANE 1-10 DOES,

Defendants.

NO. C10-5250 BHS/KLS

ORDER GRANTING MOTION TO CONTINUE JOINT STATUS REPORT DUE DATE

Before the Court is Defendant's motion to extend the parties' deadline for filing a joint status report. ECF No. 51. The joint status report was due on December 9, 2011. ECF No. 38. On October 4, 2011, the parties filed a joint motion to continue the dispositive motion deadline. ECF No. 44. On October 12, 2011, the Court granted the joint motion and re-set the dispositive motion deadline to November 21, 2011. ECF No. 47. Defendants filed their summary judgment on November 21, 2011, with a noting date of December 16, 2011. ECF No. 49. The Court's resolution of Defendants' Motion for Summary Judgment is necessary to determine whether particular claims and Defendants will survive dispositive motion proceedings and will necessarily impact the content of the parties' Joint Status Report. Accordingly, it is **ORDERED:**

(1) Defendant's motion (ECF No. 51) is **GRANTED**. The parties shall file their Joint Status Report **on or before February 17, 2012.**

ORDER

| | |
|---|---|
| 1 |     (2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants. |
| 2 | |
| 3 | |
| 4 |     **DATED** this  12th  day of December, 2011. |

    (2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

    **DATED** this  12th  day of December, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER